No. 78–6038.  WRIGHT *v.* SOUTH CAROLINA.  Sup. Ct. S. C. Certiorari denied.

No. 78–6042.  LUSK *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 78–6043.  TIDWELL *v.* ATWOOD, COMMISSIONER OF JOHNSON COUNTY, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 78–6047.  SIMPSON *v.* OHIO.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 78–6049.  ARAGON *v.* MALLEY, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 78–6053.  PHILLIPS *v.* OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 78–6121.  SNOW, ADMINISTRATRIX *v.* TRANSIT CASUALTY Co.  C. A. 5th Cir.  Certiorari denied.

No. 78–6145.  DOOLEY *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 78–6156.  TAYLOR *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 78–6162.  MENDOZA-CARDENAS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 78–774.  REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS ET AL. *v.* AMERICAN TELEPHONE & TELEGRAPH Co. ET AL.  C. A. D. C. Cir.  Certiorari denied.  MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant certiorari.